83,406-01,02

Aug 26, 2015
RE: WR-83,406-01
WR-83,406-02
Tr. Ct. No. (a)12-60605-J(A)

RECEIVED IN
COURT OF CRIMINAL APPEALS 06-J(A)

SEP 02 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals of Texas

Dear Mr. Acosta,

    I have some questions concerning my cases on appeal and a request for copies of the evidence packet I submitted with the writ applications. I noted on my submission of evidence that these were my sole copies and requested copies to be sent due to my having no access to a copier. The Appeals court has ordered the trial court to do fact finding in no. WR-83,406-01 and denied the application for no. WR-83,406-02. I need the copies of the evidence so I can continue working on my appeal. I wrote the trial court and asked for the results of the Post Conviction Discovery and Expansion of The Habeas Record motion that I submitted with the writ on April 20, 2015. I am awaiting there response now. As for my questions, I am not sure you can answer them, but I hope so. Why did the court deny one conviction and grant the other? Is this due to an error in my writs? This was two causes in a single prosecution, the Affidavit Supporting my 11.07 and the Memorandum In Support of my 11.07 deal with both causes simualtaneously, I don't understand the courts action of splitting the causes when the grounds pertain to both causes for the most part. If I committed errors in procedure, please let me know if you can. I am new to the entire habeas process so any information you can provide I would really appreciate. Please let me know as to the copies request. Thanks for your time and effort.

Gregory Lewis Martinez
TDC#1861958
Beto Unit
1391 FM 3328
Tennessee Colony, Tx 75880

Sincerely
Gregory Martinez
TDC# 1861958
Gregory Lewis Martinez